UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-cv-80428-MIDDLEBROOKS

SOPHIA KAMBITSIS, Individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

NPAS, Inc.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff Sophia Kambitsis's ("Plaintiff") Notice of Voluntary Dismissal with Prejudice filed on May 18, 2018. (DE 8). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff may dismiss this action against Defendant by filing a notice of dismissal before Defendant serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has filed neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that **all pending motions are DENIED AS MOOT**. The Clerk of Court shall **CLOSE this case.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 18 day of May, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record